23-575-cv
Securities and Exchange Commission v. Su, Yin

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**Rulings by summary order do not have precedential effect.  Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by federal rule of appellate procedure 32.1 and this court's local rule 32.1.1.  When citing a summary order in a document filed with this court, a party must cite either the federal appendix or an electronic database (with the notation "summary order").  A party citing a summary order must serve a copy of it on any party not represented by counsel.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of September, two thousand twenty-three.

PRESENT:

> JON O. NEWMAN,
> JOSÉ A. CABRANES,
> MARIA ARAÚJO KAHN,
> *Circuit Judges.*

_____

SECURITIES AND EXCHANGE COMMISSION,

> *Plaintiff-Appellee,*

> v.                                                                            23-575

LIZHAO SU, ZHIQING YIN

> *Relief Defendants-Appellants,*

JUN QIN, YAN ZHOU, BEI XIE, CHAOFENG JI,

*Relief Defendants,*

SHAOHUA MICHAEL YIN, BENJAMIN BIN CHOW

*Defendants.*

FOR RELIEF DEFENDANTS-APPELLANTS: FRED A. ROWLEY, JR. (Matthew K. Donohue and Michael S. Sommer, *on the brief*), Wilson Sonsini Goodrich & Rosati, P.C., Los Angeles, CA, & New York, NY.

FOR PLAINTIFF-APPELLEE: PAUL G. ÁLVAREZ, Senior Appellate Counsel (Megan Barbero, General Counsel, and John W. Avery, Deputy Solicitor, *on the brief*), Securities and Exchange Commission, Washington, DC.

Appeal from a denial of a motion to modify an injunction by the United States District Court for the Southern District of New York (J. Paul Oetken, *Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the district court's denial of the motion to modify is **AFFIRMED.**

After oral argument and careful consideration, we AFFIRM the well-reasoned order of the district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court